AO 91 (Rev. 08/09) Criminal Complaint

Felony

# UNITED STATES DISTRICT COURT
## for the
## 79 District of Texas

United States District Court
Southern District of Texas
FILED

OCT 3 0 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. B-14-mj-995 |
| Maria Alicia GUTIERREZ | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 10/29/2014 in the county of Cameron in the 79 District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section(s) 841 and 846. | knowingly and intentionally possess with intent to distribute approximately 2.34 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 2.34 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On October 29, 2014, Maria Alicia GUTIERREZ attempted to enter the United States via the Gateway International Bridge in Brownsville, Texas in a 2003 Saturn L300, bearing Texas license plates DZD9027. At primary inspection GUTIERREZ gave a negative declaration for any contraband, at which time GUTIERREZ was referred to secondary inspection. Upon further inspection of the vehicle, two (2) packages were discovered concealed near the engine compartment. The two (2) packages contained a white powdery substance which field tested positive for the properties of cocaine and weighed approximately 2.34 kilograms.

GUTIERREZ admitted she knew cocaine was hidden in her vehicle. GUTIERREZ stated she was to be paid $500 upon her successful delivery of the cocaine.

*Complainant's Signature*

David Sanchez    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Oct 30, 2014
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*