# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate Location:
United States District Court
Southern District of Texas
FILED
OCT 3 0 2014
David J. Bradley, Clerk of Court

**OFFENSE CHARGED**

knowingly and intentionally possess with intent to distribute approximately 2.34 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with intent to distribute approximately 2.34 kilograms of cocaine, a Schedule II controlled substance.

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

Place of offense: Brownsville, Texas

U.S.C. Citation: 21 USC 841 & 21 USC 846

**DEFENDANT - U.S. vs.**
Maria Alicia GUTIERREZ

Address:

Birth date: [ ] Male  [ ] Alien (if applicable)
[ ] Female
(Optional unless a juvenile)

B-14-mJ-995

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U. S. Att'y  [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending cause involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: David Sanchez, Special Agent
[ ] U. S. Att'y  [ ] Other U. S. Agency

Name of Asst. U.S. Att'y (if assigned):

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction  [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [X] No
If "Yes" give date filed

DATE OF ARREST  Mo  Day  Year
Or... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY

[ ] This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS