UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Case No.: 1:14–cr–00914

Maria Alicia Gutierrez

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ronald G. Morgan

**PLACE:**
Courtroom 2
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 11/20/2014

**TIME:** 08:45 AM

**TYPE OF PROCEEDING:** Arraignment

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   November 14, 2014

David J. Bradley, Clerk