

# MTC
## Success for Life ®

## Management & Training Corporation

*Does hereby certify that*

# Maria Gutierrez

February 04, 2015
has successfully completed the requirements for
**Alcoholic Anonymous**

Senior Instructor _____

Warden/Deputy Warden _____





# Management & Training Corporation

*Does hereby certify that*

## Maria Gutierrez

November 25, 2014
has successfully completed the requirements for

### Anger Management

Senior Instructor

Warden/Deputy Warden





# Management & Training Corporation

*Does hereby certify that*

## Maria Gutierrez

December 24, 2014
has successfully completed the requirements for

### Life Skills

Senior Instructor

Warden/Deputy Warden





# Management & Training Corporation

*Does hereby certify that*

## Maria Gutierrez

February 5, 2015
has successfully completed the requirements for

### Cognitive Skills

Senior Instructor

Warden/Deputy Warden

MTC
Success for Life ®



# MTC
*Success for Life* ®

## Management & Training Corporation

does hereby certify that

# MARIA GUTIERREZ

has successfully completed all of the requirements for

### Book of the Month (10 Books)

on January 19, 2015

_____    _____
Senior Instructor                          Warden/Deputy Warden


DEFENDANT'S EXHIBIT 5

SCA A-3



**MTC**

*Success for Life* ®

## Management & Training Corporation

*Does hereby certify that*

# Maria Gutierrez

*has successfully completed the requirements for*

**Book Reports (10)**

*January 30, 2015*

Senior Instructor _____

Warden/Deputy Warden _____